CLOSED

# U.S. District Court
# Eastern District of Virginia − (Richmond)
# CRIMINAL DOCKET FOR CASE #: 3:26−mj−00061−SLS−1

Case title: USA v. Milla

Date Filed: 09/02/2026

Date Terminated: 09/02/2026

---

Assigned to: Magistrate Judge Summer L. Speight

**Defendant (1)**

**Hector Milla**
*TERMINATED: 09/02/2026*

represented by **Lauren Whitley**
Office of the Federal Public Defender
Eastern District of Virginia
701 E. Broad St, Suite 3600
Richmond, VA 23219
804−565−0852
Email: lauren_whitley@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**

represented by **Patrick Joseph McGorman**
DOJ−USAO

DOJ USAO EDVa
919 E. Main St.
Ste 1900
Richmond, VA 23219
804−819−5488
Email: patrick.mcgorman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 09/02/2026 | | Arrest of Hector Milla in Eastern District of Virginia − Richmond Division. (smej, ) (Entered: 09/03/2026) |
| 09/02/2026 | 1 | Arrest Warrant Returned Executed on 09/1/2026 in case as to Hector Milla. (smej, ) (Entered: 09/03/2026) |
| 09/02/2026 | 2 | Minute Entry for proceedings held before Magistrate Judge Summer L. Speight: Initial Appearance in Rule 5(c)(3) Proceedings as to Hector Milla held on 9/2/2026. Matter came before the court for a warrant issued in the Superior Court for the District of Colombia; Deft advised of alleged charges and rights; Deft requested counsel; AFPD Lauren Whitley appointed for all Richmond hearings; Deft executed Waiver of Rule 5 Hearings in this district; Govt not seeking detention; Deft released on bond with Conditions; Deft agrees to appear as directed to any future hearings in the Superior Court of DC. (FTR) (smej, ) (Entered: 09/03/2026) |
| 09/02/2026 | | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Hector Milla: Lauren Whitley appointed. (smej, ) (Entered: 09/03/2026) |
| 09/02/2026 | 3 | WAIVER of Rule 5 Hearings by Hector Milla. (smej, ) (Entered: 09/03/2026) |
| 09/02/2026 | 4 | ORDER Setting Conditions of Release. Signed by Magistrate Judge Summer L. Speight on 9/2/2026. (smej, ) (Entered: 09/03/2026) |

MIME−Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
−−Case Participants: Patrick Joseph McGorman (bhammond2@usa.doj.gov, caseview.ecf@usdoj.gov, patrick.mcgorman@usdoj.gov, sbonaparte@usa.doj.gov, tdandridge@usa.doj.gov), Magistrate Judge Summer L. Speight (elisha_untiedt@vaed.uscourts.gov, grace_condello@vaed.uscourts.gov, hannah_barrios@vaed.uscourts.gov, shaina_mejia@vaed.uscourts.gov, shelbie_hampton@vaed.uscourts.gov, sls_chambers@vaed.uscourts.gov, summer_speight@vaed.uscourts.gov)
−−Non Case Participants:
−−No Notice Sent:

Message−Id:13566238@vaed.uscourts.gov
Subject:Activity in Case 3:26−mj−00061−SLSVAED USA v. Milla Arrest − Rule 5
Content−Type: text/html

**U.S. District Court**

**Eastern District of Virginia −**

## Notice of Electronic Filing

The following transaction was entered on 9/3/2026 at 9:58 AM EDT and filed on 9/2/2026

| | |
|---|---|
| **Case Name:** | USA v. Milla |
| **Case Number:** | 3:26−mj−00061−SLS |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest of Hector Milla in Eastern District of Virginia − Richmond Division. (smej, )**

**3:26−mj−00061−SLS−1 Notice has been electronically mailed to:**

Patrick Joseph McGorman     patrick.mcgorman@usdoj.gov, bhammond2@usa.doj.gov, CaseView.ECF@usdoj.gov, sbonaparte@usa.doj.gov, tdandridge@usa.doj.gov

**3:26−mj−00061−SLS−1 Notice has been delivered by other means to:**

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

DCTN:
Lockup No.:
Case No.: 2026 CRWSLD 00379

# COMPLAINT

District of Columbia ss:

Defendant's Name: HECTOR MILLA (First) (MI) (Last) (PDID) 26113242 (CCNO) 4/25/1992 (DOB)

Also Known As: (First) (Middle) (Last)

Address: 10202 Francil Ct, North Chesterfield, VA 23236

On or about August 12, 2026, within the District of Columbia, HECTOR MILLA did attempt to purposefully engage in a course of conduct directed at ALEXANDRA CAPUTO that HECTOR MILLA intended to cause ALEXANDRA CAPUTO, knew would cause ALEXANDRA CAPUTO reasonably, and/or should have known would cause a reasonable person in ALEXANDRA CAPUTO's circumstances to fear for her safety and/or the safety of another person, feel seriously alarmed disturbed, and/or frightened, and/or suffer emotional distress.

(Attempted Stalking, in violation of D.C. Code § 22-3133(a), 1803)

DET. STEPHEN NYAKAANA BLAI
Affiant's Name

Subscribed and sworn to before me this 25th day of August, 2026

(Judge) (Deputy Clerk)

# WARRANT

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia: WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for HECTOR MILLA

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued August 25, 2026

Judge - Superior Court of the District of Columbia

Title 16: ☐

| | | | |
|---|---|---|---|
| Sex: | DOB: 4/25/1992 | CCN: 26113242 | PDID: |
| Papering Officer: Nyakaana Blair | | | Badge No.: D2 1506 |
| OFFICER MUST EXECUTE RETURN | | | |
| Officer's Name: DUSM T. Ringer | | | Date/Time: 9/1/26 1600 |
| AUSA Signature: | | | CF1 ☐ CF2 ☐ CF3 ☐ FD1 ☐ FD2 ☐ FD3 ☐ |

CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: SPEIGHT
REPORTER: FTR

DOCKET NO. 3:26mj61
DATE: 9/2/2026

UNITED STATES OF AMERICA
v.

COUNSEL

1. Hector Milla
1. Lauren Whitley

**APPEARANCES:**
GOVERNMENT Patrick McGorman (✓)
DEFENDANT WITH COUNSEL (✓) DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( ) WAIVER OF APPEARANCE FILED ( )
INTERPRETER ______ ( )

**BAIL STATUS:**
DEFENDANT ON BOND ( ) DEFENDANT INCARCERATED (✓) BOND NOT SET ( )

**TYPE OF PROCEEDINGS:**
INITIAL ( ) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: ______ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:**
WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) ______

**INITIAL HEARING PROCEEDINGS:**
DATE OF ARREST: 9/1/26 GOVT'S MOTION TO UNSEAL ( )
INITIAL APPEARANCE (✓)
INITIAL APPEARANCE (SUPERVISED RELEASE/PROBATION) ( )
GOVT SUMMARIZED CHARGES (✓) DEFT. ADVISED OF RULE 5 RIGHTS (✓)
FINANCIAL AFFIDAVIT ( ) COUNSEL TO BE APPOINTED (✓) CJA ( ) FPD (✓)
DEFT TO RETAIN COUNSEL ( ) COUNSEL: Lauren Whitley
GOVT'S MOTION TO DETAIN DEFT ( ) ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED ( ) DETENTION HEARING SET: ______

**PRELIMINARY HEARING PROCEEDINGS:**
GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )
WITNESS(ES) ______

**DETENTION HEARING PROCEEDINGS:**
GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )
DEFENDANT RELEASED ON PR BOND ( ) ELECTRONIC MONITORING ( )
3rd PARTY CUSTODIAN ( ) MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( ) GOVT NOT SEEKING DETENTION (✓)
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
WITNESS(ES) Deft released on bond w/ conditions

Deft waived Rule 5 hearings in the EDVA.

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(f) ( )

CASE CONTINUED TO: ______ AT ______ FOR ______

CASE SET: 1:30pm BEGAN: 1:37pm ENDED: 1:50pm TIME IN COURT: 13 min.

MIME−Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Patrick Joseph McGorman (bhammond2@usa.doj.gov, caseview.ecf@usdoj.gov, patrick.mcgorman@usdoj.gov, sbonaparte@usa.doj.gov, tdandridge@usa.doj.gov), Lauren Whitley (danielle_lewis@fd.org, jennifer_schweizer@fd.org, lauren_whitley@fd.org, sylvia_daniel@fd.org, victoria_parrish@fd.org), Magistrate Judge Summer L. Speight (elisha_untiedt@vaed.uscourts.gov, grace_condello@vaed.uscourts.gov, hannah_barrios@vaed.uscourts.gov, shaina_mejia@vaed.uscourts.gov, shelbie_hampton@vaed.uscourts.gov, sls_chambers@vaed.uscourts.gov, summer_speight@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message−Id:13566248@vaed.uscourts.gov
Subject:Activity in Case 3:26−mj−00061−SLSVAED USA v. Milla Order Appointing Public Defender
Content−Type: text/html

**U.S. District Court**

**Eastern District of Virginia −**

## Notice of Electronic Filing

The following transaction was entered on 9/3/2026 at 10:02 AM EDT and filed on 9/2/2026

| | |
|---|---|
| **Case Name:** | USA v. Milla |
| **Case Number:** | 3:26−mj−00061−SLS |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Hector Milla: Lauren Whitley appointed. (smej, )**

**3:26−mj−00061−SLS−1 Notice has been electronically mailed to:**

Lauren Whitley     lauren_whitley@fd.org, Danielle_Lewis@fd.org, Jennifer_Schweizer@fd.org, Sylvia_Daniel@fd.org, Victoria_Parrish@fd.org

Patrick Joseph McGorman     patrick.mcgorman@usdoj.gov, bhammond2@usa.doj.gov, CaseView.ECF@usdoj.gov, sbonaparte@usa.doj.gov, tdandridge@usa.doj.gov

**3:26−mj−00061−SLS−1 Notice has been delivered by other means to:**

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
HECTOR MILLA
*Defendant*

Case No. 3:26-MJ-0061-01 (SLS)

Charging District's Case No. 2026 CRWSLD 003790

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

- ☐ an identity hearing and production of the warrant.
- ☐ a preliminary hearing.
- ☐ a detention hearing.
- ☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 9/2/2026

Hector Milla
*Defendant's signature*

*Signature of defendant's attorney*

Lauren Whitley
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

United States of America
v.
HECTOR MILLA
*Defendant*

Case No. 3:26-MJ-0061-01 (SLS)

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: Superior Court for the District of Columbia
*Place*
500 Indiana Ave NW, Washington, DC 20001, Courtroom C-10

on 9/10/2026 1:00 pm
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

*****ANY TIMES AS DIRECTED BY THE COURT, ATTORNEY, OR PRETRIAL/ PROBATION*****

The defendant must stay at least 100 yards away from and have no contact, direct or indirect, with the alleged victim, A.C., including but not limited to phone calls, text messages, contact via social media, and emails. This also includes no contact with the alleged victim by causing third parties to contact her on his behalf.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

Hector Villa
*Defendant's Signature*

Richmond, VA
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 9/2/2026

/s/ SLS
*Judicial Officer's Signature*

Summer L. Speight, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION: COURT DEFENDANT PRETRIAL SERVICE U.S. ATTORNEY U.S. MARSHAL